■ SALLY C. KWASNEY, Respondent, v PHILIP M. KWASNEY, Appellant. —Motion for stay pending appeal of order of Family Court, Chemung County, dated September 17, 1976, referred to Mr. Justice Larkin (see Family Ct. Act, § 1114, subd [b]) who makes the following decision: Motion denied, without costs. Appeal dismissed, *sua sponte*, upon the ground that the order in question is not a final order and permission to appeal has not been obtained (see Family Ct. Act, § 1112). Koreman, P. J., Sweeney, Mahoney, Larkin, and Herlihy, JJ., concur.